**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for R.W. Selby & Company Inc.; Rancho Serene LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mercedes Sanchez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R.W. Selby & Company Inc. d/b/a Rancho Serene Apartments; Rancho Serene LLC; DOE Property Manager 1; DOE Maintenance Company 1; DOES 1-20 AND ROE Business Entities 1-20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-02357-JCM-NJK<br><br>**Defendants' Motion to Substitute Attorneys** |

　　　　Defendants move to substitute attorneys. Wilson Elser agrees to substitute out as their counsel while Olson Cannon agrees to substitute in as their counsel.

/ / /

/ / /

/ / /

-1-

276128771v.1

| | |
|---|---|
| OLSON CANNON GORMLEY & STOBERSKI<br><br>*/s/ Max Corrick*<br>_____<br>Max E. Corrick, Esq.<br>Nevada Bar No. 6609<br>9950 W. Cheyenne<br>Las Vegas, NV 89129 | **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>_____<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119 |
| R.W. SELBY & COMPANY, INC.<br><br>*/s/ Randy Eisenberg*<br>_____<br>Randy Eisenberg, Esq.<br>Corporate Counsel<br>11661 San Vicente Blvd, Suite 510<br>Los Angeles, CA 90049 | RANCHO SERENE, LLC<br><br>*/s/ Randy Eisenberg*<br>_____<br>Randy Eisenberg, Esq.<br>as agent for Rancho Serene, LLC |

IT IS SO ORDERED.

Dated:  October 26, 2022

_____
UNITED STATES MAGISTRATE JUDGE

276128771v.1