**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for R.W. Selby & Company Inc.; Rancho Serene LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mercedes Sanchez, | Case No.: 2:20-cv-02357-JCM-NJK |
| Plaintiff, | |
| vs. | |
| R.W. Selby & Company Inc. d/b/a Rancho Serene Apartments; Rancho Serene LLC; DOE Property Manager 1; DOE Maintenance Company 1; DOES 1-20 AND ROE Business Entities 1-20, inclusive, | Motion to Remove from Service List |
| Defendants. | |

Attorneys Michael P. Lowry and Kevin A. Brown request that they be removed from the CM/ECF electronic service list. Mr. Lowry and Mr. Brown substituted out as Defendants' counsel on October 26, 2022.

DATED this 26th day of October, 2022.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: /s/ Michael Lowry
MICHAEL P. LOWRY
Nevada Bar No. 10666

IT IS SO ORDERED.

Dated: October 27, 2022

_____
UNITED STATES MAGISTRATE JUDGE'

-1-

276803438v.1