JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MAX E. CORRICK, II
Nevada Bar No. 006609
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
jolson@ocgas.com
mcorrick@ocgas.com
Attorneys for Defendants R.W. SELBY & COMPANY
and RANCHO SERENE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERCEDES SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>R.W. SELBY & COMPANY, INC. d/b/a RANCHO SERENE APARTMENTS; RANCHO SERENE, LLC; DOE PROPERTY MANAGER 1; DOE MAINTENANCE COMPANY 1; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>              Defendants. | CASE NO.   2:20-cv-02357-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff MERCEDES SANCHEZ and Defendants R.W. SELBY & COMPANY and RANCHO SERENE, LLC, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41 hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims against Defendants R.W. SELBY & COMPANY and RANCHO SERENE, LLC be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

1

| | |
|---|---|
| DATED this 8th day of February, 2023. | DATED this 8th day of February, 2023. |
| HICKS & BRASIER, PLLC | OLSON CANNON GORMLEY & STOBERSKI |
| /s/Charles Jackson | /s/Max E. Corrick, II |
| _____ | _____ |
| ALISON M. BRASIER, ESQ.<br>CHARLES JACKSON, ESQ.<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Attorneys for Plaintiff | JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>MAX E. CORRICK, II<br>Nevada Bar No. 006609<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendants<br>R.W. SELBY & COMPANY<br>and RANCHO SERENE, LLC |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 10, 2023

SUBMITTED BY:

OLSON CANNON GORMLEY & STOBERSKI

/s/Max E. Corrick, II
_____
JAMES R. OLSON, ESQ., NV Bar No. 000116
MAX E. CORRICK, II, NV Bar No. 006609
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants
R.W. SELBY & COMPANY
and RANCHO SERENE, LLC